SECOND DEPARTMENT, JANUARY, 1938.

(January 4, 1938.)

In the Matter of the Appointment of Honorable ALBERT H. F. SEEGER as an Official Referee.— Honorable Albert H. F. Seeger appointed an official referee to take effect as of January 1, 1938. Present — Hagarty, Carswell, Davis, Johnston, Adel, Taylor and Close, JJ.

(January 10, 1938.)

DORA ARONOFF and Another, Appellants, v. ETHEL LIEPPER, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

BELLAIRE & HOLLIS THEATRE CORPORATION, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

HARRY BRESLOW, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

HENRY M. CHANCE and Others, Suing on Behalf of Themselves and All Other Stockholders of R. HOE & Co., INC., Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

579 FLATBUSH AVENUE REALTY CORPORATION, Respondent, v. ROSRUTH REALTY CORPORATION, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

LAWRENCE FLEMING and Another, Respondents, v. ELIZABETH OPPEL, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

EDNA W. GILBERT, Appellant, v. MAX BERNSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

In the Matter of the Petition of EDWARD L. BARTLEY to Render and Settle His Account as Administrator of WILLIAM S. BARTLEY, Deceased. EDWARD L. BARTLEY, as Administrator, etc., of WILLIAM S. BARTLEY, Deceased, Appellant; JOHN T. BARTLEY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the COMMISSIONER OF DOCKS, Relative to Acquiring Right and Title to Possession of Certain Lands, etc., Situated Along the Northerly Shore of Jamaica Bay in the Boroughs of Brooklyn and Queens, in the City of New York, etc. (Parcel 10.) AUGUST WALTER, JOHN C. TABBS, HARRIET RUDDY, GRACE CLYDE, and ROBIE S. RUGGLES, Appellants; THE CITY OF NEW YORK, Respondent.—